No. 7145.

JUSTIN LACOSTE *vs.* T. H. HANDY, SHERIFF, ET ALS.

The bond for a suspensive appeal having been declared insufficient by the lower court, on a rule there taken to test the solvency of the security, a *mandamus* will not lie to compel the judge to send the appeal up, nor a prohibition to prevent the sheriff from proceeding to execute the judgment.

FOR *Mandamus* and Prohibition.

*Breaux, Fenner,* and *Hall* for Relator.   *Hornor & Benedict* for Respondent.

DE BLANC, J., delivered the opinion refusing the writs.

No. 7095.

MARCO POPOVICH *vs.* PEOPLE'S BANK.   B. EGAN, INTERVENOR.

Where the sole asset of a deceased person is a deposit of money in a bank, his creditor cannot lay claim to it and recover it of the bank, but it will be ordered to be paid to the administrator of his succession.

APPEAL from the Fifth District Court of New Orleans.   ROGERS, J.

*Hornor & Benedict* for Plaintiff.   *McCaleb* for Defendant.   *Egan in pp.    Villerè* for the Administratrix Appellant.

DE BLANC, J., delivered the opinion reversing the judgment.